```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LESLIE BENZIES,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :           16-CV-2736 (VSB)
                 - against -                                :
                                                            :                ORDER
TAKE-TWO INTERACTIVE SOFTWARE,                              :
INC., ROCKSTAR GAMES, INC.,                                 :
ROCKSTAR NORTH LTD., DAN HOUSER,                            :
AND SAM HOUSER,                                             :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2016

VERNON S. BRODERICK, United States District Judge:

   On April 19, 2016, Plaintiff Leslie Benzies filed a motion to remand this action to the New York State Supreme Court for New York County. (Doc. 6.) Because there is a lack of complete diversity between the parties, I do not have subject matter jurisdiction; therefore, Plaintiff's motion to remand is GRANTED.

   A Memorandum and Order explaining my decision has been filed under seal because it may reference or rely upon material that the parties believe should be redacted. A copy of the Memorandum and Order has also been emailed to the parties. By September 30, 2016, the parties shall meet and confer with regard to the contents of the Memorandum and Order and provide me with their suggested redactions and a joint letter setting forth any disputes and the parties' respective position regarding each such dispute. I will consider the parties' suggested redactions and their joint letter and will then have a redacted version of the Memorandum and Order filed on the docket.

SO ORDERED.

Dated: September 14, 2016
      New York, New York

Vernon S. Broderick
United States District Judge